BANK OF AMERICA, N.A., Respondent, v SHELDON H. SOLOW, Appellant.

Submitted May 4, 2009; decided June 11, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.